UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE: ARLENE R. LINDSAY**           **DATE: 3/26/2025**
**United States Magistrate Judge**
                                        **TIME: 12:00 PM**


**DOCKET NO: 22-cv-7558 (ARL)**

**CASE Viera et al v. TSLCJ LLC et al**


\_\_\_\_   **INITIAL CONFERENCE**
\_\_\_\_   **STATUS CONFERENCE**
\_\_\_\_   **SCHEDULING CONFERENCE**                **BY TELEPHONE X\_\_\_**
\_\_\_\_   **SETTLEMENT CONFERENCE**
\_\_\_\_   **FINAL CONFERENCE**
**  X    FAIRNESS HEARING**

   **APPEARANCES**

   **FOR PLAINTIFF:**                              **FOR DEFENDANTS:**
   James Patrick Peter O'Donnell                   Andrea Moss

**The following rulings were made:**
            Having reviewed the terms of the parties' proposed settlement agreement, the Court finds that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015)


                              **SO ORDERED:**
                              _____/s/_____